NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DESMOND RAYNARD BROWN,            )
                                  )
            Appellant,            )
                                  )
v.                                )        Case No. 2D18-4894
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____)

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

Howard L. Dimmig, II, Public Defender,
and Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

PER CURIAM.

        Affirmed.

CASANUEVA, BLACK, and SALARIO, JJ., Concur.